

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 00-307 |
| MAURICE RANKINS | * | SECTION: "C" |

\* \* \*

## MOTION TO AMEND JUDGMENT AND PROBATION/COMMITMENT ORDER

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, and moves for entry of an order amending the Judgment and Probation/Commitment Order so that the restitution payments can be disbursed directly to the victim, CVS. In support of this motion the United States submits:

1. On April 11, 2001, this court entered a Judgment and Probation/Commitment Order in favor of the United States and against the defendant in the amount of $397,282.41.

2. The Judgment and Probation/Commitment ordered the defendant to pay restitution to Eckerd Corporation in the amount of $397,282.41. Exhibit A.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

3.   By letter dated July 29, 2005, CVS pharmacy has requested a name change from Eckerds Drug Stores to CVS. Exhibit B.

WHEREFORE, the United States of America prays that this motion be granted.

>Respectfully submitted,
>
>JIM LETTEN
>UNITED STATES ATTORNEY
>
>*/s/ Eneid A. Francis*
>ENEID A. FRANCIS
>Assistant United States Attorney
>Bar Roll No. 5816
>Hale Boggs Federal Building
>500 Poydras Street, Second Floor
>New Orleans, LA 70130
>Telephone:(504) 680-3060

AUSA Guice

B/2001 200278

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2002 APR 12  AM 11: 15
LORETTA G. WHYTE
CLERK

| UNITED STATES OF AMERICA | | CRIMINAL ACTION |
|---|---|---|
| vs. MAURICE RANKINS<br>4674 WRIGHT ROAD<br>NEW ORLEANS, LA 70128 | 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(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/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)<br>(SOC. SEC. NO.) | 00-00307 "C"<br>(CASE NO./SEC.) |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government,                                               Month    Day    Year
the defendant appeared in person on this date ------------------------------------------------( APRIL   11,   2001 )

__XX__ WITH COUNSEL        WILLARD W. HILL, JR.
                               (Name of Counsel)

Assistant U.S. Attorney: CARTER K. D. GUICE, JR.    U.S. Probation Officer: ROBYN C. GULLEDGE
Court Reporter: DAVID ZAREK                          Courtroom Deputy: KIMBERLY COUNTY

**PLEA:** __XX__ GUILTY, and the court being satisfied          ___NOLO CONTENDERE   ___NOT GUILTY
that there is a factual basis for the plea.                       ___NOT GUILTY. Defendant is discharged.
There being a finding of                                          __XX__ GUILTY ON 1/17/01 AS TO COUNTS 1
                                                                  THROUGH 21 OF THE INDICTMENT.
                                                                     PLEA ACCEPTED UNCONDITIONALLY

Defendant has been convicted as charged of the offense(s) of 18 USC § 371 - CONSPIRACY TO COMMIT MAIL FRAUD AND 18 USC § 1341 - MAIL FRAUD

The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 50 months as to each of Counts 1 through 21, to be served concurrently. It is further ordered that the defendant make restitution to the Eckerd Corporation in the amount of $397,282.41. The payment of the restitution of $397,282.41 shall begin while the defendant is incarcerated. Upon release, any unpaid balance shall be paid at a rate of $1,000.00 per month. The defendant shall sign a promissory note for the balance that remains to be paid at the conclusion of his term of supervised release. The Court waives the interest requirement in this case. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years. This term consists of terms of three years on each of Counts 1 through 21, all such terms to run concurrently. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, the defendant shall comply with the mandatory and standard conditions that have been adopted by this Court, and shall not possess a firearm. The Court suspends the drug testing condition. In addition, the following special conditions are imposed: 1. The defendant shall provide the probation officer with access to any requested financial information. 2. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule. 3. The defendant shall participate in an orientation and life skills program as directed by the probation officer. 4. The defendant shall pay any restitution that is imposed by this judgment. The Court waives the fine in this case. It is further ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before June 11, 2001, by 12:00 noon.

**IT IS FURTHER ORDERED** that the defendant shall pay to the United States a special assessment of $ 50.00 as to Counts 1 through 21, for a total assessment of $ 1,050.00
IT IS FURTHER ORDERED that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of probation imposed above, **IT IS HEREBY ORDERED** that the general conditions of probation/supervised release set out on the reverse side be imposed.

SIGNED BY: _____                           CERTIFIED AS A TRUE COPY
               HELEN G. BERRIGAN                                ON THIS DATE APR 12 2001
          UNITED STATES DISTRICT JUDGE                          BY: _____
(Date) 4/12/2001

GOVERNMENT EXHIBIT
A



CVS/pharmacy                                           Loss Prevention

July 29, 2005

To whom it may concern,

As you all know we have acquired Eckerds Drug Stores if you could please change the name on the Restitution Checks to CVS.

Please change the address for all Restitution Payments to come to the main office at

    CVS
    1 CVS Drive
    Woonsocket, RI  02895
    Attention:  Loss Prevention

If you have any questions, please call me at (401) 770-3257

Thank you in advance for all of your help.

Jeannine


GOVERNMENT EXHIBIT B