FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 20 AM 10: 51

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 00-307 |
| MAURICE RANKINS | * | SECTION: "C" |

\* \* \*

<u>O R D E R</u>

Considering the foregoing motion,

IT IS HEREBY ORDERED that the Judgment and Probation/Commitment Order be amended to change the name of the victim to CVS.

IT IS FURTHER ORDERED that the payments be made payable to CVS, and mailed to CVS, 1 CVS Drive, Woonsocket, RI 02895, Attention: Loss Prevention.

New Orleans, Louisiana, this 19TH day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____